LAW OFFICES OF CARY PHAM
ATTORNEYS AT LAW
1735 N. FIRST STREET, SUITE 255
SAN JOSE, CALIFORNIA 95112
TELEPHONE (408) 441-8388

**CARY PHAM, SBN 211442**
ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

DONALD STUART JACKSON,

    Debtor.

Case No.: 11-44053
Chapter: 13
Hon. Roger L. Efremsky

**DEBTOR'S MOTION TO RECONSIDER ORDER DISMISSING CASE**

The undersigned moves for relief under Fed.R.Bankr.P.9024 on the reason state below, and respectfully requests the Court vacate the order dismissing this case, entered on June 3, 2011.

    The case was dismissed for failure to file required documents (schedules, statement of financial affairs, plan etc.)  <u>These documents were filed with the Court on June 3, 2011</u>.

WHEREFORE, Debtor asks that this Court grant this motion and for such other relief as is just and proper.

                                    Respectfully submitted,

DATE: June 13, 2011                By: /s/ Cary Pham
                                              _____
                                              Cary Pham
                                              Attorney for Debtor