**The Relief Sought in the following order is DENIED. Signed June 22, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

LAW OFFICES OF CARY PHAM
ATTORNEYS AT LAW
1735 N. FIRST STREET, SUITE 255
SAN JOSE, CALIFORNIA 95112
TELEPHONE (408) 441-8388

**CARY PHAM, SBN 211442**
ATTORNEYS FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

DONALD STUART JACKSON,

　　Debtor.

Case No.: 11-44053
Chapter 13
Hon. Roger L. Efremsky

### ORDER GRANTING MOTION TO RECONSIDER

Debtor, through counsel, having filed a Motion for Reconsideration and the Court being advised in the matter, accordingly,

IT IS HEREBY ORDERED that the case be reinstated prospectively and the dismissal order entered on June 3, 201 be vacated. The filing fee to reopen the case is waived.

** END OF ORDER **

**COURT SERVICE LIST**

Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America
P.O. Box 22021
NC4-105-03-14
Greensboro, NC 27420

Bank of America
P.O. Box 26012
NC4-105-02-99

IndyMac Federal Bank
155 North Lake Avenue
Pasadena, CA 91101-1848

Danny Garcia
512/918-7043
OneWest Bank
2900 Esperanza Crossing
Austin, TX 78758

RSM&A Foreclosure Services
43252 Woodward Avenue
Bloomfield Hills, MI 48302-5044